FILED
January 10, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004003964

KEN BAKER, SBN 55433
NIKKI FARRIS, SBN 244217
BAKER AND FARRIS LAW OFFICE
1430 East Avenue, Suite 2-B
Chico, CA 95926
(530) 898-1488

ATTORNEY FOR
Brandon Schoel and Veronica Schoel
d/b/a Cut-4-U; d/b/a Elite Builders;
d.b.a Sky Horse Enterprises

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>BRANDON SCHOEL and,<br>VERONICA MUNOZ SCHOEL<br>d/b/a CUT-4-U; d/b/a ELITE BUILDERS;<br>d/b/a SKY HORSE ENTERPRISES,<br><br>Debtors. | Case #: 11-49204-D-7<br>DC No.: KB-1<br><br>MOTION FOR ORDER<br>ABANDONING PROPERTY<br>OF THE ESTATE<br><br>DATE: February 22, 2012<br>TIME: 10:00 am<br>DEPT.: D<br>CTRM: Judge Robert S. Bardwil<br>6th Floor, Courtroom 34<br>Sacramento, CA 95814<br><br>Local Rule: 9014-1(f)(2) |

TO THE HONORABLE ROBERT S. BARDWIL:

BRANDON SCHOEL AND VERONICA MUNOZ SCHOEL d/b/a CUT-4-U; d/b/a ELITE BUILDERS; d/b/a SKY HORSE ENTERPRISES, Debtors, by and through their attorney, KEN BAKER, respectfully represent:

1. On December 20, 2011, debtors filed a petition under Chapter 7 of the United States Bankruptcy Code. Alan S. Fukushima has been appointed Chapter 7 Trustee.

1

2. Debtors own Cut-4-U, a hair salon, described in Question 18 of the Statement of Financial Affairs. Request is hereby made that the court take judicial notice of the Statement of Financial Affairs of the filed Chapter 7 petition.

3. Debtors own Elite Builders, a construction business, described in Question 18 of the Statement of Financial Affairs. Request is hereby made that the court take judicial notice of the Statement of Financial Affairs of the filed Chapter 7 petition.

4. Debtors own Sky Horse Enterprises, a property management business, described in Question 18 of the Statement of Financial Affairs. Request is hereby made that the court take judicial notice of the Statement of Financial Affairs of the filed Chapter 7 petition.

5. The Debtors have an ownership interest in the businesses as listed on Schedule B of their petition.

6. Trustee Alan S. Fukushima has requested an Order Abandoning debtors' interest in the business to limit potential liability.

7. Request is hereby made that the Court take judicial notice of Schedule B of the petition filed December 20, 2011.

8. There is no equity in said personal property realizable for the benefit of the Chapter 7 Trustee and the estate. The property is inconsequential to the estate.

9. Counsel for debtors has requested an Order Shortening Time.

WHEREFORE, following Notice and Hearing, debtors, by and through their attorney, pray for an Order of this Court as follows:

1. For an Order Compelling Alan S. Fukushima, Chapter 7 Trustee, to abandon any and all interest he may hold as Chapter 7 Trustee in the businesses of debtors which are

2

In Re: Brandon and Veronica Schoel                    Motion for Order Abandoning Property

known as Cut-4-U, PO Box 321, Yuba City; Elite Builders, 2775 Caminito Avenue, Yuba City, CA 95991; and Sky Horse Enterprise, PO Box 321, Yuba City, CA 95992.

2. For such other and further relief as this Court may deem just and proper.

DATED: January 10, 2012                    BAKER AND FARRIS LAW OFFICE


BY:   /s/ Ken Baker
      KEN BAKER
      Attorney for Debtor

BAKER AND FARRIS
ATTORNEYS AT LAW
1430 East Avenue, Suite 2-B
Chico, California 95926
(530) 898-1488